**ATTACHMENT 1**



699 South Friendswood Drive
Suite 101
Friendswood, Texas 77546

December 11, 2008

Mr. Michael Costa
Magnolia Development, LLC
1601 Oceanic Street
Charleston, SC 29405
843-577-0570

RE: **PAYMENT APPLICATION**
**ASHLEY II OF CHARLESTON (COLUMBIA NITROGEN 100% DESIGN)**
**CHARLESTON, SOUTH CAROLINA**
**ENTACT INVOICE # D2K8-356-E7280-01**

Dear Mr. Costa,

Please find the attached invoice for the subject project in the amount of $50,000.00. This invoice covers all design work performed for the 100% Columbia Nitrogen Removal Action Design. Please review the attached invoice information and contact me at (561) 707-7088 should you have any questions or require any additional information.

Sincerely,

Erik Gehringer
Project Manager



PLAINTIFF'S EXHIBIT 252

*p.281.996.9892* • *www.entact.com* • *f. 281.996.9888*

A01_07604



June 13, 2008
Project No: B0013340.0000
Invoice No: 0231634

ASHLEY II, LLC C/O MAGNOLIA DEVELOPMENT, LLC
ATTN: MR. MICHAEL A. COSTA, MAGNOLIA DEVELOPMENT
1601 OCEANIC STREET
CHARLESTON, SC 29405

Project   B0013340.0000   CONDENSED GROUNDWATER EECA

**Professional Services from April 28, 2008 to May 25, 2008**

Task   00001   REVIEW DATA
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| PROJECT MANAGER/DESIGN SUPPORT |  |  |  |  |
| GILLOW, JEFFREY | 8.00 | 126.00 | 1,008.00 |  |
| Totals | 8.00 |  | 1,008.00 |  |
| **Total Labor** |  |  |  | 1,008.00 |
| | | | **Total this Task** | **$1,008.00** |

Task   00002   LETTER REPORT
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| PRINCIPAL |  |  |  |  |
| HORST, JOHN | 3.00 | 172.00 | 516.00 |  |
| PROJECT MANAGER/DESIGN SUPPORT |  |  |  |  |
| HANISH, MARK | 8.00 | 126.00 | 1,008.00 |  |
| PROJECT ENGINEER/GEOLOGIST/SCIENTIST |  |  |  |  |
| EVANKO, HILLARY | 10.00 | 90.00 | 900.00 |  |
| Totals | 21.00 |  | 2,424.00 |  |
| **Total Labor** |  |  |  | 2,424.00 |
| | | | **Total this Task** | **$2,424.00** |
| | | | **Total this Invoice** | **$3,432.00** |

*Handwritten annotations:*
Ashley II
GL Code 14500
Job #
Branch Code
Area Code MAGY
Parcel Code Holcombe
Amt. $3432.00
Approval

Wells Fargo Bank NA
Account number: 1018164751
Account Name: ARCADIS U.S., Inc. Lockbox Account

ACH bank routing (ABA) number: 102000076
Wire transfer bank routing (ABA) number: 121000248

Please Remit To: ARCADIS U.S., Inc.
Dept. 547, Denver, Colorado 80291-0547, 720 344 3500
TERMS: Net 30 days

A01_07621



May 27, 2008
Project No: B0013340.0000
Invoice No: 0228672

ASHLEY II, LLC C/O MAGNOLIA DEVELOPMENT, LLC
ATTN: MR. MICHAEL A. COSTA, MAGNOLIA DEVELOPMENT
1601 OCEANIC STREET
CHARLESTON, SC 29405

Project    B0013340.0000    CONDENSED GROUNDWATER EECA

**Professional Services from March 31, 2008 to April 27, 2008**

Task    00001    REVIEW DATA
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| PROJECT MANAGER/DESIGN SUPPORT |  |  |  |  |
| HANISH, MARK | 20.00 | 126.00 | 2,520.00 |  |
| PROJECT ENGINEER/GEOLOGIST/SCIENTIST |  |  |  |  |
| EVANKO, HILLARY | 25.50 | 90.00 | 2,295.00 |  |
| Totals | 45.50 |  | 4,815.00 |  |
| **Total Labor** |  |  |  | 4,815.00 |
|  |  |  | **Total this Task** | **$4,815.00** |

Task    00002    LETTER REPORT
**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| PROJECT MANAGER/DESIGN SUPPORT |  |  |  |
| HANISH, MARK | 6.00 | 126.00 | 756.00 |
| PROJECT ENGINEER/GEOLOGIST/SCIENTIST |  |  |  |
| EVANKO, HILLARY | 16.00 | 90.00 | 1,440.00 |
| PROJECT SPECIALIST |  |  |  |
| BARNS, ERIN | 6.00 | 72.00 | 432.00 |
| CLARDY, HERBERT | 26.30 | 72.00 | 1,893.60 |
| DRAFTSMAN |  |  |  |
| INNISS, HAYDEN | 10.50 | 63.00 | 661.50 |
| DOCUMENT TECHNICIAN |  |  |  |
| ROSS, LINDSAY | 2.00 | 49.00 | 98.00 |

Bank: Wells Fargo Bank NA
Account number: 1018164751
Account Name: ARCADIS U.S., Inc. Lockbox Account

ACH bank routing (ABA) number: 102000076
Wire transfer bank routing (ABA) number: 121000248

Please Remit To: ARCADIS U.S., Inc.
Dept. 547, Denver, Colorado 80291-0547, 720.344.3500
TERMS: Net 30 days

A01_07626

| Project | B0013340.0000 | CONDENSED GROUNDWATER EECA | Invoice 0228672 |
|---|---|---|---|
| | Totals | 66.80 | 5,281.10 |
| | **Total Labor** | | **5,281.10** |

| | | |
|---|---|---|
| | **Total this Task** | **$5,281.10** |
| | **Total this Invoice** | **$10,096.10** |

*[signatures dated 6/16 and 6/3/08]*

Bank: Wells Fargo Bank NA  
Account number: 1018164751  
Account Name: ARCADIS U.S., Inc. Lockbox Account

ACH bank routing (ABA) number: 102000076  
Wire transfer bank routing (ABA) number: 121000248

Please Remit To: ARCADIS U.S., Inc.  
Dept. 547, Denver, Colorado 80291-0547, 720 344 3500  
TERMS: Net 30 days

A01_07627 Page 2